UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID TARASZKIEWICZ, individually
And as next friend of CONNOR
TARASZKIEWICZ, a minor,

        Plaintiffs,                  Case No: 18-cv-10590
                                            Hon. Matthew F. Leitman

vs.

KAYLEIGH E. HOFFMAN, et al.

        Defendants.

---

### ORDER GRANTING PLAINTIFF'S MOTION TO APPROVE SETTLEMENT, STRUCTURED SETTLEMENT, AND DISTRIBUTION OF PROCEEDS

This matter having come before this Honorable Court on Plaintiff's Motion to Approve Settlement, Structured Settlement, and Distribution of Proceeds, and the Court having read the parties' briefs, heard oral argument, and otherwise being fully advised;

**IT IS HEREBY ORDERED** that, This Honorable Court approves the settlement amount of $14,000 in the above claim on behalf of Connor Taraszkiewicz, a minor.

**IT IS FURTHER ORDERED** that, The sum of Ten Thousand Dollars and no/100 cents ($10,000.00) shall be used by Quincy Mutual Fire Insurance Company to fund the following future periodic payments for the benefit of Connor Taraszkiewicz ("Payee") on the dates and in the amounts indicated hereafter: Commencing December 3, 2026, the sum of One Thousand Dollars and no/100 cents ($1,000.00) per year, payable on the Third (3rd) day of each December, until December 3, 2029 (Four [4] Certain Annual Payments); and a guaranteed lump sum in the amount of Nine Thousand Five Hundred Ninety-Four Dollars and no/100 cents ($9,594.00) payable December 3, 2031. The obligation to make periodic payments described above shall be assigned to Mutual of Omaha Structured Settlement Company ("Assignee") and funded by an annuity contract issued by United of Omaha Life Insurance Company, rated A+; XV by A.M. Best Company and AA- by Standard & Poor's. The beneficiary for these payments will be the Estate of Connor Taraszkiewicz until Connor has reached the age of majority, at which time he may name a beneficiary or beneficiaries of his choosing by submitting a completed Beneficiary Designation to the Assignee.

**IT IS FURTHER ORDERED** that, the remainder of the settlement proceeds, $4,000, be distributed to Muth Law, PC, pursuant to the contingency fee agreement entered into between David Taraszkieiwcz as next-friend of Connor Taraszkiewicz and Muth Law, PC, for the costs incurred during litigation and Muth Law, PC's attorney fee.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 15, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 15, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764